IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SERGEI EVCHIKOV, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-2264-LSC-TMP |
| ) | |
| SCOTT SUTTERFIELD, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

On October 9, 2014, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. (Doc. 13). On October 22, petitioner filed objections. (Doc. 14). Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Petitioner's objections are OVERRULED. Consequently, the petition for writ of *habeas corpus* filed in the above-styled cause is due to be DENIED and DISMISSED. A separate final judgment will be entered.

The Clerk is DIRECTED to mail a copy of this Memorandum Opinion to the petitioner.

Done this 3rd day of November 2014.

                                          L. Scott Coogler
                                  United States District Judge

[160704]